Commonwealth *v.* Harmon, Appellant.

Argued March 22, 1973. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and SPAETH, JJ.

*John W. Packel,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*Milton M. Stein,* Assistant District Attorney, with him *James T. Ranney,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 21, 1974:

Appellant contends that his right to a trial de novo on appeal from the Philadelphia Municipal Court to the Court of Common Pleas includes the right to a second pre-trial suppression hearing. Our decision in *Common-*

*wealth v. White,* 228 Pa. Superior Ct. 23, 324 A.2d 469 (1974) which struck down as unconstitutional General Court Regulation No. 72-7 is dispositive of this issue.

We therefore reverse the judgment of sentence, and remand for further proceedings consistent with this opinion.

JACOBS, J., dissents.